**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| TEXASWATERSERVICES, LLC | § | |
| | § | |
| DEBTOR | § | CASE NO. 24-10020 |

### DEBTOR'S MOTION TO DISMISS

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, TexasWaterServices, LLC ("Debtor") and files this Motion to Dismiss pursuant to 11 U.S.C. § 1112(b). The Debtor presents this motion and respectfully represents the following:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein is 11 U.S.C. § 1112(b) and Rule 1017 of the Bankruptcy Local Rules for the Western District of Texas.

### PROCEDURAL BACKGROUND

4. On January 8, 2024, the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

5. This case has not been previously converted from another Chapter of Title 11.

6. The Debtor is currently a debtor-in-possession.

## FACTUAL BACKGROUND

7. Debtor operates a plumbing business in the Austin area.

8. Unfortunately, Debtor is not generating sufficient revenues to propose a feasible, good faith, plan of reorganization. Debtor has no realistic hope that revenues will increase and has therefore determined that it is in the best interest of all parties to dismiss this case.

9. Debtor believes that cause exists to dismiss this case. Dismissal at this early stage of the case avoids incurring unnecessary expenses. Vehicles comprise the bulk of the secured assets, and dismissal of this case will allow creditors to quickly execute their rights as to the collateral.

10. Debtor's counsel has conferred with both the Subchapter V Trustee and the U.S. Trustee, and dismissal is agreed.

11. Debtor requests dismissal with prejudice for 180 days.

## ARGUMENT

<u>Dismissal is appropriate under 11 U.S.C. § 1112(b)</u>

12. Dismissal is in the best interests of both the creditors and the estate and is appropriate under § 1112(b), which provides that "the Court shall convert a case under this chapter to a case under chapter 7 *or* dismiss a case under this chapter, *whichever is in the best interests of creditors and the estate*, for cause . . ." (emphasis added).

13. "Cause" under this statute to dismiss exists because Debtor will be unable to confirm a reorganization plan due to insufficient revenues.

14. Dismissal is a better option than conversion. The secured creditors with liens on vehicles will be able to enforce their lien rights on those vehicles once the automatic stay is

removed. Furthermore, there was only about $2,500 cash on hand when this case was filed less than three weeks ago, and that amount has not appreciably increased.

15. Dismissal will still allow the Chapter 11 administrative claims to get paid, which is in the best interest of creditors and the estate. By dismissing so early in the case, Debtor avoided incurring significant administrative expenses.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this case be dismissed with prejudice to refiling for 180 days.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Shane Tobin, counsel for the U.S. Trustee, and Eric Terry, Subchapter V Trustee regarding the filing of this motion. They are both agreed to the relief sought in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Dismiss was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on January 26, 2024:

Debtor:
TexasWaterServices, LLC
1700 Bryant Dr. Ste 203
Round Rock, TX 78664

US Trustee:
Office of the U.S. Trustee
903 San Jacinto Blvd
Room 230
Austin, Texas 78701
Ustpregion07.au.ecf@usdoj.gov

ECF Notices:
Steven B. Bass on behalf of Creditor United States Internal Revenue Service
Steven.Bass@usdoj.gov, tina.travieso@usdoj.gov

Robert Chamless Lane on behalf of Debtor TexasWaterServices, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Julie A. Parsons on behalf of Creditor The County of Williamson, Texas
jparsons@mvbalaw.com,
vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Eric Terry
eric@ericterrylaw.com, ebterry@ecf.axosfs.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - AU12
shane.p.tobin@usdoj.gov, Carolyn.Feinstein@usdoj.gov;gary.wright3@usdoj.gov

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10020-smr<br>Western District of Texas<br>Austin<br>Fri Jan 26 09:07:33 CST 2024 | TexasWaterServices, LLC<br>1700 Bryant Dr. Ste 203<br>Round Rock, TX 78664-3899 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | Ally<br>PO Box 380901<br>Minneapolis, MN 55438-0901 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>PO Box 9001951<br>Louisville, KY 40290-1951 | American Express<br>Bankruptcy Unit<br>P.O Box 297817<br>Fort Lauderdale, FL 33329-7817 |
| American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Amsterdam Capital Solutions, LLC<br>222 W. 37th Street 8th Floor<br>New York, NY 10018-9030 | Angi<br>The MB&W Building<br>26000 Cannon Rd<br>Bedford, OH 44146-1807 |
| Atmos Energy<br>JNR Adjustment Company<br>PO Box 27070<br>Minneapolis, MN 55427-0070 | BlueVine Capital Inc.<br>401 Warren St 300<br>Redwood City, CA 94063-1536 | CSA Realty Group<br>9011 Mountain Ridge Dr #200<br>Austin, TX 78759-7251 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Spark<br>1680 Capitol One Dr<br>Mc Lean, VA 22102-3407 |
| (p)CHANNEL PARTNERS CAPITAL LLC<br>ATTN LEGAL DEPARTMENT<br>10900 WAYZATA BOULEVARD SUITE 300<br>MINNETONKA MN 55305-1576 | Charter Communications Operating, LLC<br>c/o Corporation Service Company<br>dba CSC - La<br>211 E. 7th Street 620<br>Austin, TX 78701-3218 | Citgo Fleet Universal<br>1 Hancock Street<br>Portland, ME 04101-4217 |
| Corporate Turnaround<br>95 North Route 17 Suite 310<br>Paramus, NJ 07652-2626 | DFA Leasing<br>2120 Church Ave<br>Troy, TX 76579-2711 | DataNet Systems Inc<br>5926 Balcones Drive<br>Austin, TX 78731-4290 |
| Dwayne Justice<br>1622 Belvedere Place<br>Round Rock, TX 78665-5658 | E-Barnett/Home Depot<br>PO Box 404284<br>Atlanta, GA 30384-4284 | FNBO Master Card<br>1620 Dodge Street<br>Omaha, NE 68197-0003 |
| GB Collects<br>1253 Haddonfield Berlin Rd<br>Voorhees, NJ 08043-4847 | GM Financial<br>4001 Embarcadero Drive<br>Arlington, TX 76014-4106 | GM Financial<br>PO Box 183834<br>Azle, TX 76098 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Gloria Hoskins<br>12309 N Mopac Expwy<br>Austin, TX 78758-2577 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kollis Law PLLC<br>222 W 37th Street, 9th Floor<br>New York, NY 10018-9144 |
| Lane Equipment Co.<br>PO Box 540909<br>Houston, TX 77254-0909 | Murphy Express<br>200 E. Peach Street<br>El Dorado, AR 71730-5836 | Radius Global Solutions<br>7831 Glenroy 250<br>Edina, MN 55439-3117 |
| STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 | ServiceTitan, Inc.<br>c/o<br>Corporation Service Company d/b/a CSC-La<br>211 E. 7th Street 620<br>Austin, TX 78701-3218 | Szabo Associates Inc.<br>3355 Lenox Road NE 945<br>Atlanta, GA 30326-1395 |
| The County of Williamson, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Toyota Financial<br>PO Box 5855<br>Carol Stream, IL 60197-5855 |
| Tranza, Inc. dba Bryant Business Center<br>c/o CSA Management Inc.<br>9011 Mountain Ridge Dr 200<br>Austin, TX 78759-7251 | UniFirst Corporation<br>6000 Bolm Rd<br>Austin, TX 78721-3631 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Western Equipment Finance<br>PO Box 640<br>Devils Lake, ND 58301-0640 | Williamson County Tax Assessor<br>904 S. Main St.<br>Georgetown, TX 78626-5829 | Zwicker & Associates, PC<br>80 Minuteman Road<br>Andover, MA 01810-1008 |
| Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Robert Chamless Lane<br>The Lane Law Firm PLLC<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners Capital LLC
11100 Wayzata Blvd
Minnetonka, MN 55305-5537

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)TexasWaterServices, LLC
1700 Bryant Dr. Ste 203
Round Rock, TX 78664-3899

End of Label Matrix
Mailable recipients  49
Bypassed recipients   1
Total                50