**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **TEXASWATERSERVICES, LLC** § | |
| § | |
| **DEBTOR** § | **CASE NO. 24-10020** |

**AGREED ORDER DISMISSING BANKRUPTCY CASE**

CAME ON FOR CONSIDERATION the Debtor's Agreed Motion to Dismiss or Convert Case ("Motion") (Doc. 45). The Court finds that cause exists to dismiss under 11 U.S.C. §1112(b) due to Debtor's inability to generate sufficient revenue to propose a feasible reorganization plan in good faith. The Court finds it is in the best interests of creditors and the estate to dismiss this case. Accordingly, it is therefore

**ORDERED** that the Motion is GRANTED as set forth in this Order. It is further

**ORDERED** that the above-styled and numbered case be, and is hereby, DISMISSED. It is further

**ORDERED** that Debtor is hereby barred from filing a new petition in any jurisdiction for

a period of 180 days from the date of entry of this Order without prior leave of this Court. It is further

**ORDERED** that any professional, including the Subchapter V Trustee, shall file a final fee application within 14 days of the date of entry of this Order. Payment shall be rendered by the Debtor within 7 days of entry of order approving fees unless otherwise agreed by the parties. It is further

**ORDERED** that the Court retains jurisdiction to enforce any approved fees. It is further

**ORDERED** that the Subchapter V Trustee shall file a final report as required by 11 U.S.C. § 1183(b)(1) within 30 days of entry of any order related to the Subchapter V Trustee's final fee application. It is further

**ORDERED** that the Subchapter V Trustee is discharged immediately upon entry of this Order.

# # # END OF ORDER # # #

AGREED AS TO FORM AND SUBSTANCE:

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
Southern and Western Districts of Texas

By: */s/ Shane P. Tobin*
    Shane P. Tobin
    Trial Attorney
    CA State Bar No. 317282
    903 San Jacinto Blvd., Room 230
    Austin, Texas 78701
    Phone: (512) 916-5328
    Shane.P.Tobin@usdoj.gov

AND

By: */s/ Eric Terry*
Eric Terry
3511 Broadway
San Antonio, TX 78209
Email: eric@ericterrylaw.com
PH 210-468-8274

AND

THE LANE LAW FIRM, PLLC
*/s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR